UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SARAH HANDSCHY, ) | |
| ) | |
| Plaintiff, ) | Cause No._____ |
| ) | |
| v. ) | |
| ) | |
| OUR COUNTRY HOME ) | |
| ENTERPRISES, INC, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, Sarah Handschy ("Handschy"), by counsel, and for her causes of action against the Defendant, Our Country Home Enterprises, Inc., ("Our Country Home"), states and alleges as follows:

### I.   INTRODUCTION

1. This is an action brought by Handschy for race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII").  On or about June 12, 2019, Handschy filed a Charge of Discrimination against Our Country Home asserting that the company discriminated and retaliated against her in employment on the basis of sex and retaliated against her in violation of Title VII.  Handschy claims she is a qualified individual who worked for Our Country Home at its place of business located at 12120 Water Street, Harlan, Indiana from on or about August of 2018 as a full-time Production Associate until her termination on or about January 17, 2019. While employed at Our Country Home, Handschy experienced sexual harassment from a male co-worker and reported it to management. The co-worker was moved to a difference building but Handschy would still come into contact with him. Her co-workers were informed that because of her complaint this co-worker was moved.  Handschy was

then treated differently by her co-workers who would make comments about it being her fault the co-worker was moved. In December 2018 Handschy learned that she was pregnant and informed the management of Our Country Home of this in January 2019. Shortly after she gave notification of her pregnancy, Handschy was terminated from her employment for allegedly sleeping on the job. Handschy contend this asserted reason is a pretext/lie as Handschy was not sleeping on the job and was not even on the clock. At the time of her termination, the Company Owner, Thomas P. Blake("Blake") told her he was worried about the safety of her baby. Handschy believes these actions were taken against her due to her being a pregnant female and because she had made a complaint of sexual harassment.

Handschy seeks all damages available to her including, but not limited to back pay, front pay, compensatory damages, punitive damages, legal fees and costs.

## II.     PARTIES

2. Handschy is an individual citizen and resident of Fort Wayne, Indiana.

3. Our Country Home Enterprises, Inc., is a corporation organized and existing under the laws of the State of Ohio with its principle place of business located at 12120 Water Street, PO Box 426, Harland, Indiana and which operates a worksite located at 13881 Sawmill Drive, Grabill, Indiana 46741.

## III.     JURISDICTION AND VENUE

4. This Court has federal question jurisdiction by virtue of 28 U.S.C. § 1331 with respect to the Title VII claim, in addition to the federal court jurisdiction conferred by Title VII, 42 U.S.C. § 2000e-5(f)(3). This Court is the proper venue pursuant to 28 U.S.C. § 1391 as Our Country Home operates a facility in Harlan, Allen County, Indiana, and Handschy worked at that location and resides in Fort Wayne, Indiana.

## IV.     FACTS

5.     Handschy incorporates by reference paragraphs 1-4 of her Complaint as if same were fully set forth herein.

6.     At all times relevant hereto, and for approximately five months, Handschy was employed by Our Country Home at its facility located at 12120 Water Street, Harlan, Indiana as a full-time Production Associate.

7.     On or about November 20, 2018, Handschy approached Our Country Home management about being sexually harassed. Handschy was told that an investigation would be conducted. Our Country Home indicated it was unable to verify Handschy's allegations but relocated the accused individual to a different work location.

8.     On or about January 2019, Handschy informed Our Country Home that she was pregnant. As a result, Handschy was asked to provide a doctor's note.

9.     On January 10, 2019, Handschy provided a doctor's note that stated that she was not able to lift over 50 pounds during her pregnancy.

10.    Our Country Home accommodated the work restriction and placed Handschy on light duty which included cleaning, sweeping and dusting.

11.    Just a few days after notifying Our Country Home she was pregnant and providing the note from her doctor, Handschy was terminated for allegedly sleeping on the job and for being tardy.

12.    Handschy contends that the asserted reason for her termination, i.e. sleeping on the job is a pretext/lie as she was not sleeping on the job and was not even on the clock.

13. Handschy believes she was retaliated against for notifying Our Country Home about sexual harassment and becoming pregnant which lead her to work restrictions and being assigned to light duty.

14. As a direct result of the discrimination and retaliation against her, Handschy has suffered damages including lost pay, lost benefits, and emotional distress.

## V.    STATEMENT OF CLAIMS

### COUNT I – SEX DISCRIMINATION

15. Handschy incorporates by reference paragraphs 1-14 of her Complaint as if same were fully set forth herein.

16. Our Country Home, through its employees and management, have discriminated against Handschy on account of her sex/being pregnant in violation of Title VII.

17. As a result of the unlawful discrimination, Handschy has suffered damages

### COUNT II – UNLAWFUL RETALIATION UNDER TITLE VII

18. Handschy incorporates by reference paragraphs 1-17 of her Complaint as if same were fully set forth herein.

19. Handschy has been unlawfully retaliated against.

20. Handschy has suffered damages on account of the unlawful retaliation against her.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Handschy prays for judgment in her favor and for the following relief:

a) back pay and benefits;

b) front pay and benefits;

c) compensatory damages;

d) punitive damages;

e) legal fees;

f) costs of this action; and

g) all other relief appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, Sarah Handschy, hereby demands a trial by jury as to all issues so triable.

Respectfully Submitted,

*THEISEN & ASSOCIATES, LLC*

s/John C. Theisen
John C. Theisen (#549-02)
Nathaniel O. Hubley (#28609-64)
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 422-4255
Fax: (260) 422-4245
*Attorneys for Plaintiff*