UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SARAH HANDSCHY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.1:20-cv-00090-WCL-SLC |
| | ) | |
| v. | ) | |
| | ) | |
| OUR COUNTRY HOME | ) | |
| ENTERPRISES, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

COME NOW, Defendant Our Country Home Enterprises, Inc., by counsel, and Plaintiff Sarah Handschy, pro se, and stipulate to dismissal of this action with prejudice, and each party responsible for her or its costs, including attorneys' fees.

Respectfully submitted,                    Respectfully submitted,

/s/ Candace A. Bankovich                   *Sarah Handschy*

Candace A. Bankovich, #19259-49            Sarah Handschy
Joseph N. Bowling, #34147-53               1903 Spy Run Ave., Back Apt.
Lewis Wagner, LLP                          Fort Wayne, Indiana 46805
501 Indiana Ave., Ste. 200                 Ph: (260) 222-3156
Ph: (260) 222-3156                         Email: sarah.nichole.beauty@gmail.com
COUNSEL FOR DEFENDANT                      PRO SE